## NORTON v. COMMISSIONERS OF THE TAXING DISTRICT OF BROWNSVILLE.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF TENNESSEE.

No. 1455. Submitted January 4, 1889. — Decided March 5, 1889.

The writ of error being brought December 28th, 1886, to review a judgment rendered November 29, 1886, the citation being returnable October Term, 1887, and the record being filed in this court December 20, 1888; *Held*, that the court was without jurisdiction.

THE case is stated in the opinion.

*Mr. Sparrel Hill, Mr. Henry Craft* and *Mr. L. P. Cooper* for plaintiffs in error.

*Mr. W. W. Rutledge* and *Mr. William M. Smith* for defendants in error.

MR. CHIEF JUSTICE FULLER delivered the opinion of the court.

Judgment was rendered against the plaintiffs in error in the Circuit Court of the United States for the Western District of Tennessee on the 29th of November, 1886, and writ of error brought December 28th, 1886, accompanied by a citation to the adverse party, duly returnable to the October Term, 1887, and served in January and March of the latter year. But the record was not filed herein until December 20th, 1888, and the rule is settled that under such circumstances we do not entertain jurisdiction. *Grigsby* v. *Purcell,* 99 U. S. 505; *Credit Company* v. *Arkansas Central Railway Co.,* 128 U. S. 258; *Hill* v. *Chicago & Evanston Railroad Co., ante,* 170; *Edmonson* v. *Bloomshire,* 7 Wall. 306.

The writ of error is

*Dismissed.*